# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BERZON, MARSHA S. | U.S. CA NINTH CIRCUIT | 5/15/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE - ACTIVE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

95 SEVENTH STREET
P.O. BOX 1939393
SAN FRANCISCO, CA 94119-3939

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 5/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | UC HASTINGS COLLEGE OF THE LAW - TEACHING | $3,468.00 |
| 2. 2014 | US JUDGES ADMIN OFFICE OF THE US COURTS - INTEREST PAID ON BACKPAY *3 | $2,600.06 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | SELF-EMPLOYED ATTORNEY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | YALE | 01/21/2014-01/22/2014 | NEW HAVEN, CT | EDUCATIONAL ACTIVITIES | TRAVEL, LODGING, MEALS |
| 2. | UNIVERSITY OF PENNSYLVANIA LAW SCHOOL | 01/22/2014-01/24/2014 | PHILADELPHIA, PA | EDUCATIONAL ACTIVITIES | TRAVEL, LODGING, MEALS |
| 3. | COLUMBIA UNIVERSITY | 09/26/2014-09/30/2014 | NEW YORK, NY | EDUCATIONAL ACTIVITIES | TRAVEL, LODGING, MEALS |
| 4. | CORNELL LAW SCHOOL | 11/20/2014-11/23/2014 | ITHACA, NY | EDUCATIONAL ACTIVITIES | TRAVEL, LODGING, MEALS |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **BERZON, MARSHA S.** | 5/15/2015 |

5. EUROPEAN UNIVERSITY INSTITUTE, FLORENCE | 10/23/2014-10/24/2014 | FLORENCE, ITALY | EDUCATIONAL ACTIVITIES | TRAVEL, LODGING, MEALS

| Name of Person Reporting | Date of Report |
| --- | --- |
| **BERZON, MARSHA S.** | 5/15/2015 |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERZON, MARSHA S.** | 5/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | SUSMAN GODFREY, LLP*4 | LEGAL SERVICES | $6,466.43 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 5/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA ACCOUNTS | A | Interest | L | T | | | | | |
| 2. STERLING BANK & TRUST ACCOUNTS | B | Interest | M | T | | | | | |
| 3. UNION BANK ACCOUNTS | C | Interest | N | T | | | | | |
| 4. COCA COLA COMPANY - COMMON STOCK | B | Dividend | K | T | Sold (part) | 11/04/14 | K | E | |
| 5. CORNING INC - COMMON STOCK | B | Dividend | M | T | | | | | |
| 6. PEPSICO INCORPORATED - COMMON STOCK | B | Dividend | K | T | Sold (part) | 11/04/14 | J | D | |
| 7. POWERSHRS QQQ TRUST SER 1 | B | Dividend | L | T | Sold (part) | 12/23/14 | J | C | |
| 8. SPDR S&P 500 ETF TR | E | Dividend | O | T | Sold (part) | 12/23/14 | K | D | |
| 9. | | | | | Buy (add'l) | 08/18/14 | L | | |
| 10. VANGUARD FTSE ETF | D | Dividend | N | T | Buy (add'l) | 08/18/14 | L | | |
| 11. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 12. VANGUARD INFO TECHNOLOGY | B | Dividend | M | T | Sold (part) | 08/18/14 | K | D | |
| 13. DFA CA SHORT TERM MUNI | C | Dividend | O | T | Sold (part) | 02/19/14 | L | | |
| 14. DFA EMERGING MKTS CORE | C | Dividend | M | T | Buy (add'l) | 12/23/14 | K | | |
| 15. DFA INTL SMALL CAP VALUE | C | Dividend | L | T | | | | | |
| 16. DFA INTL SMALL COMPANY | C | Dividend | L | T | | | | | |
| 17. DFA INTL VALUE PORTFOLIO | C | Dividend | M | T | Buy (add'l) | 12/23/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 5/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DFA US LARGE CAP VALUE | D | Dividend | N | T | Sold (part) | 12/23/14 | J | C | |
| 19. DFA US MICRO CAP PORT | B | Dividend | J | T | | | | | |
| 20. DFA US SMALL CAP VALUE | A | Dividend | K | T | | | | | |
| 21. PIMCO FOREIGN BOND FUND | E | Dividend | N | T | | | | | |
| 22. PIMCO LOW DURATION FUND | A | Dividend | | | Sold | 02/19/14 | M | C | |
| 23. PIMCO REAL RETURN FUND | D | Dividend | M | T | | | | | |
| 24. VANGUARD CA INTER TERM | D | Dividend | N | T | Sold (part) | 02/19/14 | M | | |
| 25. | | | | | Sold (part) | 09/13/14 | L | A | |
| 26. VANGUARD EQUITY INCOME | E | Dividend | N | T | | | | | |
| 27. VANGUARD LTD TERM TAX | E | Dividend | P1 | T | Sold (part) | 02/19/14 | N | | |
| 28. VANGUARD SHORT TERM TAX | B | Dividend | N | T | | | | | |
| 29. SCHWAB CA MUNI MONEY FUND (SWEEP) | A | Dividend | L | T | | | | | |
| 30. VERISIGHT RETIREMENT ACCT | E | Dividend | P1 | T | | | | | |
| 31. -FIDELITY SMALL CAP DISCOVERY FUND | | | | | Sold (part) | 02/27/14 | J | A | |
| 32. -FIDELITY SMALL CAP DISCOVERY FUND | | | | | Buy (add'l) | 04/08/14 | J | | |
| 33. -FIDELITY SMALL CAP DISCOVERY FUND | | | | | Sold (part) | 08/27/14 | J | A | |
| 34. -FIDELITY SMALL CAP DISCOVERY FUND*1 | | | | | Sold (part) | 09/10/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 5/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -OPPENHEIMER INTERNATIONAL BOND FUND | | | | | Buy (add'l) | 02/27/14 | J | | |
| 36. -OPPENHEIMER INTERNATIONAL BOND FUND | | | | | Buy (add'l) | 04/08/14 | J | | |
| 37. -OPPENHEIMER INTERNATIONAL BOND FUND | | | | | Buy (add'l) | 08/27/14 | J | | |
| 38. -OPPENHEIMER INTERNATIONAL BOND FUND *1 | | | | | Sold (part) | 09/10/14 | J | | |
| 39. -PIMCO TOTAL RETURN FUND (I) | | | | | Buy (add'l) | 02/27/14 | J | | |
| 40. -PIMCO TOTAL RETURN FUND (I) | | | | | Buy (add'l) | 04/08/14 | J | | |
| 41. -PIMCO TOTAL RETURN FUND (I) | | | | | Buy (add'l) | 08/27/14 | J | | |
| 42. -PIMCO TOTAL RETURN FUND (I)*1 | | | | | Sold (part) | 09/10/14 | J | | |
| 43. -VANGUARD 500 INDEX FUND (SIG) | | | | | Sold (part) | 02/27/14 | J | C | |
| 44. -VANGUARD 500 INDEX FUND (SIG) | | | | | Buy (add'l) | 04/08/14 | J | | |
| 45. -VANGUARD 500 INDEX FUND (SIG) | | | | | Sold (part) | 08/27/14 | J | C | |
| 46. -VANGUARD 500 INDEX FUND (SIG)*1 | | | | | Sold (part) | 09/10/14 | J | C | |
| 47. -VANGUARD 500 INDEX FUND (SIG) | | | | | Sold | 10/17/14 | M | F | |
| 48. -VANGUARD INFLATION PROTECTED SECS. FUND (INV) | | | | | Buy (add'l) | 02/27/14 | J | | |
| 49. -VANGUARD INFLATION PROTECTED SECS. FUND (INV) | | | | | Buy (add'l) | 04/08/14 | J | | |
| 50. -VANGUARD INFLATION PROTECTED SECS. FUND (INV) | | | | | Buy (add'l) | 08/27/14 | J | | |
| 51. -VANGUARD INFLATION PROTECTED SECS. FUND (INV)*1 | | | | | Sold (part) | 09/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 5/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -VANGUARD INTERMED.-TERM BOND INDEX FUND (SIG) | | | | | Buy (add'l) | 02/27/14 | J | | |
| 53. -VANGUARD INTERMED.-TERM BOND INDEX FUND (SIG) | | | | | Buy (add'l) | 04/08/14 | J | | |
| 54. -VANGUARD INTERMED.-TERM BOND INDEX FUND (SIG) | | | | | Buy (add'l) | 08/27/14 | J | | |
| 55. -VANGUARD INTERMED.-TERM BOND INDEX FUND (SIG)*1 | | | | | Sold (part) | 09/10/14 | J | | |
| 56. -VANGUARD INTERMED.-TERM BOND INDEX FUND (SIG) | | | | | Sold | 10/17/14 | L | | |
| 57. -VANGUARD SHORT-TERM BOND INDEX FUND (SIG) | | | | | Buy (add'l) | 02/27/14 | J | | |
| 58. -VANGUARD SHORT-TERM BOND INDEX FUND (SIG) | | | | | Buy (add'l) | 04/08/14 | J | | |
| 59. -VANGUARD SHORT-TERM BOND INDEX FUND (SIG) | | | | | Buy (add'l) | 08/27/14 | J | | |
| 60. -VANGUARD SHORT-TERM BOND INDEX FUND (SIG)*1 | | | | | Sold (part) | 09/10/14 | J | | |
| 61. -VANGUARD SHORT-TERM BOND INDEX FUND (SIG) | | | | | Sold | 10/17/14 | N | B | |
| 62. -VANGUARD TOTAL INTL. STOCK INDEX FUND (SIG) | | | | | Sold (part) | 02/27/14 | J | A | |
| 63. -VANGUARD TOTAL INTL. STOCK INDEX FUND (SIG) | | | | | Buy (add'l) | 04/08/14 | J | | |
| 64. -VANGUARD TOTAL INTL. STOCK INDEX FUND (SIG) | | | | | Sold (part) | 08/27/14 | J | A | |
| 65. -VANGUARD TOTAL INTL. STOCK INDEX FUND (SIG)*1 | | | | | Sold (part) | 09/10/14 | J | A | |
| 66. -VANGUARD TOTAL INTL. STOCK INDEX FUND (SIG) | | | | | Sold | 10/17/14 | L | B | |
| 67. -VANGUARD 500 INDEX FUND (ADM) | | | | | Buy | 10/17/14 | M | | |
| 68. -VANGUARD TOTAL INTL. STOCK INDEX FUND (ADM) | | | | | Buy | 10/17/14 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 5/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -VANGUARD INTERMED.-TERM BOND INDEX FUND (ADM) | | | | | Buy | 10/17/14 | L | | |
| 70. -VANGUARD SHORT-TERM BOND INDEX FUND (ADM) | | | | | Buy | 10/17/14 | N | | |
| 71. IRA #1 | D | Dividend | M | T | | | | | |
| 72. -PIMCO FOREIGN BOND FUND*1 | | | | | Sold (part) | 09/03/14 | J | A | |
| 73. -DFA INTL SMALL CAP VALUE | | | | | | | | | |
| 74. -DFA REAL ESTATE | | | | | | | | | |
| 75. -PIMCO COMMODITY REAL | | | | | | | | | |
| 76. -VANGUARD REIT | | | | | | | | | |
| 77. -SCH ADV CASH RESRV PREM: SWZXX (SWEEP) | | | | | | | | | |
| 78. IRA #2 | E | Dividend | P1 | T | | | | | |
| 79. -DFA ONE YEAR FIXD INCM | | | | | | | | | |
| 80. -PIMCO FOREIGN BOND FUND | | | | | | | | | |
| 81. -PIMCO REAL RETURN FUND | | | | | Sold | 10/06/14 | M | | |
| 82. -PIMCO TOTAL RETURN FUND | | | | | Sold (part) | 02/19/14 | M | | |
| 83. -PIMCO TOTAL RETURN FUND | | | | | Sold | 10/02/14 | M | | |
| 84. -VANGUARD INFLATION | | | | | Buy (add'l) | 10/03/14 | M | | |
| 85. -VANGUARD SHORT TERM BD | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 5/15/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -DFA COMMODITY STRATEGY | | | | | Buy (add'l) | 12/23/14 | J | | |
| 87. -DFA REAL ESTATE | | | | | Sold (part) | 12/23/14 | K | C | |
| 88. -DFA US MICRO CAP PORT | | | | | Sold (part) | 12/23/14 | L | D | |
| 89. -DFA US SMALL CAP PORT | | | | | Buy (add'l) | 12/24/14 | L | | |
| 90. -DFA US SMALL CAP VALUE | | | | | | | | | |
| 91. -PIMCO COMMODITY REAL | | | | | Buy (add'l) | 12/23/14 | J | | |
| 92. -VANGUARD REIT | | | | | | | | | |
| 93. -SCH ADV CASH RESRV PREM: SWZXX (SWEEP) | | | | | | | | | |
| 94. -PIMCO LOW DURATION FUND | | | | | Buy | 02/19/14 | M | | |
| 95. -TIAA CREF INSTL BOND | | | | | Buy | 10/23/14 | L | | |
| 96. -VANGUARD TOTAL BOND | | | | | Buy | 10/03/14 | L | | |
| 97. -VANGUARD FTSE EFT | | | | | Buy | 12/23/14 | J | | |
| 98. ▨ CAPITAL ACCOUNT IN LAW FIRM PARTNERSHIP *2 | A | Interest | J | U | | | | | |
| 99. ALL STATE CORP - COMMON STOCK | A | Dividend | K | T | Buy | 02/21/14 | K | | |
| 100. AMERICAN INTL GROUP - COMMON STOCK | A | Dividend | K | T | Buy | 02/21/14 | K | | |
| 101. ANHEUSER-BUSCH - COMMON STOCK | A | Dividend | K | T | Buy | 02/21/14 | K | | |
| 102. BARD C R INC - COMMON STOCK | A | Dividend | K | T | Buy | 02/21/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 5/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. BERKSHIRE HATHWAY - COMMON STOCK | | None | K | T | Buy | 02/21/14 | K | | |
| 104. CISCO SYSTEMS - COMMON STOCK | A | Dividend | | | Buy | 02/21/14 | K | | |
| 105. | | | | | Sold | 11/04/14 | K | B | |
| 106. DEERE & CO - COMMON STOCK | | None | K | T | Buy | 11/04/14 | K | | |
| 107. DIAGEO PLC NEW - COMMON STOCK | A | Dividend | K | T | Buy | 02/21/14 | K | | |
| 108. FISERV INC - COMMON STOCK | | None | K | T | Buy | 02/21/14 | K | | |
| 109. INTEL CORP - COMMON STOCK | A | Dividend | K | T | Buy | 02/21/14 | K | | |
| 110. JOHNSON & JOHNSON - COMMON STOCK | A | Dividend | K | T | Buy | 11/04/14 | K | | |
| 111. ROYAL BK CDA - COMMON STOCK | A | Dividend | K | T | Buy | 02/21/14 | K | | |
| 112. UNITED TECHNOLOGIES - COMMON STOCK | A | Dividend | K | T | Buy | 11/04/14 | K | | |
| 113. ANAHEIM CA CITY SCH DIST 4% DUE 8/1/16 | A | Interest | K | T | Buy | 03/07/14 | K | | |
| 114. CA MUN FIN AUTH REV 5% DUE 10/1/24 | | None | K | T | Buy | 10/01/14 | K | | |
| 115. CA ST UNI REV 5% DUE 11/1/24 | B | Interest | K | T | Buy | 03/03/14 | K | | |
| 116. CALIFORNIA ST DEPT WTR RES CEN 5% DUE 12/01/28 | A | Interest | K | T | Buy | 10/01/14 | K | | |
| 117. CAMPBELL CA UN HS DIS 5% DUE 8/1/28 | | None | K | T | Buy | 10/08/14 | K | | |
| 118. CONTRA COSTA WTR DI | B | Interest | | | Buy | 03/21/14 | K | | |
| 119. | | | | | Redeemed | 10/01/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 5/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. FREMONT CA UNI SCH DIST ALA 4% DUE 8/1/16 | A | Interest | K | T | Buy | 03/06/14 | K | | |
| 121. HAWAII ST HWY REV 1.2% DUE 1/1/17 | | None | K | T | Buy | 07/31/14 | K | | |
| 122. IMPERIAL CA IRR DIS WTR SY 4% DUE 7/1/18 | A | Interest | K | T | Buy | 02/28/14 | K | | |
| 123. LAGUNA BEACH CA UNI SCH DIS 4% DUE 5/15/20 | A | Interest | K | T | Buy | 02/25/14 | K | | |
| 124. LONG BEACH CA HBR REV 5% DUE 5/15/20 | B | Interest | K | T | Buy | 03/12/14 | K | | |
| 125. LOS ANGELES CA SANTN D 5% DUE 10/1/18 | B | Interest | K | T | Buy | 02/26/14 | K | | |
| 126. LOS ANGELES CA WASTEWTR SYS 3% DUE 6/1/15 | B | Interest | K | T | Buy | 02/28/14 | K | | |
| 127. LOS ANGELES CO MTA | A | Interest | | | Buy | 03/06/14 | K | | |
| 128. | | | | | Redeemed | 07/01/14 | K | | |
| 129. NOVATO | A | Interest | | | Buy | 03/17/14 | K | | |
| 130. | | | | | Redeemed | 08/01/14 | K | | |
| 131. ORANGE CA SANTN WASTEW 5% DUE 2/1/20 | A | Interest | K | T | Buy | 02/25/14 | K | | |
| 132. PERALTA CA CMNTY COLLEGE DI 5% DUE 8/1/25 | | None | K | T | Buy | 10/01/14 | K | | |
| 133. ROWLAND CA UNI SCH DIST 3% DUE 8/1/15 | A | Interest | K | T | Buy | 02/26/14 | K | | |
| 134. SO.CAL PUB PWR AUTH PROJ 4% DUE 7/1/18 | A | Interest | K | T | Buy | 02/24/14 | K | | |
| 135. SO. CAL PUB PWR AUTH TRANS PROJ 5% DUE 7/1/19 | A | Interest | K | T | Buy | 02/28/14 | K | | |
| 136. SACRAMENTO CA UNI SCH DIS 5% DUE 7/1/24 | A | Interest | K | T | Buy | 02/21/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 5/15/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. SACRAMENTO CNTY SANTN DI 5% DUE 12/1/16 | B | Interest | K | T | Buy | 03/06/14 | K | | |
| 138. SAN BERNARDINO CA TRAN 4% DUE 3/1/21 | A | Interest | K | T | Buy | 03/19/14 | K | | |
| 139. SAN DIEGO CA PUB FACS FING 5% DUE 5/15/17 | B | Interest | K | T | Buy | 02/28/14 | K | | |
| 140. SAN DIEGO CNTY CA REGL TRAN 5% DUE 4/1/16 | A | Interest | K | T | Buy | 07/31/14 | K | | |
| 141. SAN DIEGO CNTY CA WTR AUTH 5.25% DUE 5/1/18 | B | Interest | K | T | Buy | 03/10/14 | K | | |
| 142. SAN FRAN CA BART 5% DUE 7/1/20 | A | Interest | K | T | Buy | 02/28/14 | K | | |
| 143. VENTURA CA CMNTY COLLE 5% DUE 8/1/26 | A | Interest | K | T | Buy | 02/26/14 | K | | |
| 144. VENTURA CA UNI SCH DIS 4% DUE 8/1/16 | A | Interest | K | T | Buy | 03/04/14 | K | | |
| 145. WHITTIER CA UN HS DIS 2% DUE 8/1/16 | | None | K | T | Buy | 03/07/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*1 SALES  9/03/14 AND 9/10/14 MADE TO MEET ▮▮▮▮ REQUIRED MINIMUM DISTRIBUTION (RMD).

*2 THE EARNINGS REPORTED IN PART VII REPRESENT THE ▮▮▮▮ DISTRIBUTIVE SHARE OF PARTNERSHIP INTEREST INCOME.

*3 INTEREST CALCULATED ON BACK PAY IN BARKER ET AL V. UNITED STATES, CASE No. 1:12-cv-00826 (Fed.Cl.)

*4 I WAS ONE OF SEVEN NAMED PLAINTIFFS IN BARKER et al V. UNITED STATES, CASE No. 1:12-cv-00826 (Fed.Cl.), BROUGHT TO CHALLENGE THE DENIAL OF ARTICLE III JUDGES' COST-OF-LIVING ADJUSTMENTS (COLAs) OVER MULTIPLE YEARS. ATTORNEY FEES AND COSTS WERE EXPENDED DURING 2014 IN THE TOTAL AMOUNT OF $45,265 ON A PRO BONO BASIS BY THE LAW FIRM OF SUSMAN GODFREY, LLP, ▮▮▮▮▮▮▮▮▮▮▮▮ SEATTLE, WA 98101 WHO SERVED AS PLAINTIFFS' COUNSEL WITHOUT COMPENSATION OR REIMBURSEMENT FROM ME OR THE OTHER PLAINTIFFS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **MARSHA S. BERZON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544